SIGMON ET AL., APPELLEES, *v.* HATFIELD; NATIONWIDE
MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as *Sigmon v. Hatfield* (1996), 76 Ohio St.3d 243.]

(No. 95–774—Submitted July 10, 1996—Decided August 7, 1996.)

*Brown, Lippert, Heile & Evans* and *Marquette D. Evans,* for appellees.

*Tailer, Ruttle & Walden* and *Christine D. Tailer,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.